IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HOOKS**                                                                              **PLAINTIFF**

**v.**                              **Case No. 4:22-CV-527-LPR**

**CHRISTOPHER G. WHEELER, et al.**                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order (Doc. 13) that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE